UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRE MARIO SMITH,<br>Plaintiff,<br>v.<br>TYLER L. BARSHOW,<br>Defendants. | Case No. 2:25-cv-3478-DAD-JDP (PS)<br><u>ORDER DOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT LEAVE TO AMEND</u><br>(Doc. No. 3) |

Plaintiff initiated this civil action by filing a complaint on December 2, 2025, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On March 4, 2026, the assigned magistrate judge screened plaintiff's complaint, found it to be deficient for failing to state any basis for federal jurisdiction and for failing to allege any cognizable claim for relief, and issued the pending findings and recommendations recommending that this action be dismissed. (Doc. No. 3 at 2–3.) The magistrate judge also concluded that plaintiff's complaint was frivolous and for that reason and because the noted pleading deficiencies could not be cured, the granting of leave to amend would be futile. (*Id.*)

Those findings and recommendations were served on plaintiff and contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days of

/////

service. (*Id.* at 3.) Plaintiff did not file any objections to the findings and recommendations, or otherwise communicated with the court, and the time in which to do so has long since passed.[1]

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued March 4, 2026 (Doc. No. 3), are ADOPTED;
2. Plaintiff's complaint (Doc. No. 1), is DISMISSED without leave to amend for lack of jurisdiction and for failure to state a cognizable claim; and
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 15, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

[1] The court notes that although served on plaintiff by mail at his address of record, the findings and recommendations were returned to the court by the U.S. Postal Service on April 13, 2026, marked as "undeliverable, attempted – not known, unable to forward." Thus, it appears that plaintiff has also failed to keep the court apprised of his current address as required by the Local Rules of this court.